**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HIGHLAND TANK & MFG. CO., | ) | Civil Action No. 04-100J |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | THE HONORABLE KIM R. GIBSON |
| | ) | |
| | ) | |
| PS INTERNATIONAL INC., | ) | Electronically Filed |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT
AND RELATED CLAIM CONSTRUCTION OF U.S. PATENT 4,722,800**

Defendant, PS International, Inc. ("PSI"), files the within Motion for Summary Judgment of Non-Infringement and Related Claim Construction of U.S. Patent 4,722,800. For the reasons set forth in Defendant's Memorandum in Support of Motion for Summary Judgment of Non-Infringement and Related Claim Construction of U.S. Patent 4,722,800; Defendant's Concise Statement of Undisputed Facts in Support of Motion for Summary Judgment of Non-Infringement and Related Claim Construction of U.S. Patent 4,722,800; and Defendant's Appendix in Support of Motion for Summary Judgment of Non-Infringement and Related Claim Construction of U.S. Patent 4,722,800 (all filed under seal), which are incorporated herein by reference as if set forth at length, PSI respectfully submits that Count I of Plaintiff's Amended Complaint (Doc. No. 13) should be dismissed in its entirety, with prejudice.

Respectfully submitted,

PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP

Dated:   May 30, 2008        By:   /s/ Eric G. Soller
Eric G. Soller, Esquire
Pa. I.D. #65560

Alan G. Towner
Pa I.D. #67984

38th Floor, One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000
*Counsel for Defendant, PS International, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Gene A. Tabachnick, Esquire
Clay P. Hughes, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219

By: _____*/s/ Eric G. Soller*_____
Eric G. Soller, Esq.
One of the Attorneys for PS International, Inc.